

Jeffrey Kimmel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6435
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6408

May 23, 2022

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



RE: **Angela Brown., et al. v. Peregrine Enterprises, et al.**
**Case No. 22-cv-01455-KPF**

Dear Judge Failla:

This firm represents Peregrine Enterprises, Inc., dba Rick's Cabaret New York ("Rick's Cabaret"); RCI Entertainment (New York) Inc., RCI Hospitality Holdings Inc., fka Rick's Cabaret International, Inc., RCI Management Services (together "RCI Defendants"); Eric Langan ("Mr. Langan") and Ed Anakar ("Mr. Anakar") (collectively, the "Defendants") in the above-referenced case.[1] Pursuant to Honor's April 26, 2022 order to the parties to submit a status letter by May 20, 2022, Defendants respectfully submit this letter on behalf of the parties to alert the Court that the parties have agreed to stay this case pending arbitration of the Plaintiffs' claims. The parties apologize for this late-submission which was due to miscommunication between counsels.

Respectfully submitted,

/s/ Jeffrey A. Kimmel
Jeffrey  A. Kimmel

cc:
Counsels of Record (via ECF)

---

[1] This firm does not currently represent the DOE Defendants.

Application GRANTED.  In light of the parties' agreement to arbitrate
Plaintiffs' claims, this case is hereby STAYED, pending further order
of the Court.  The parties are additionally directed to update the
Court on or before September 26, 2022, regarding the status of any
arbitration.

The Clerk of Court is directed to terminate the pending motion at
docket entry 32.

Dated:    May 24, 2022              SO ORDERED.
          New York, New York


                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE