UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *et al.*,<br><br>                       Plaintiffs,<br><br>                         -v.-<br><br>PEREGRINE ENTERPRISES, INC. *d/b/a* RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. *f/k/a* RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, ED ANAKAR, DOE MANAGERS 1-3, and DOES 4-10,<br><br>                       Defendants. | 22 Civ. 1455 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      For the reasons set forth in the Court's oral decision delivered on November 3, 2022, the Court GRANTS Plaintiffs' motion to lift the stay in this case and DENIES Defendants' cross-motions to strike Plaintiffs' collective action claims and for appointment of a substitute arbitrator.  The parties are ORDERED to submit a joint letter to the Court proposing next steps in this case by **December 2, 2022.**

      The Clerk of Court is directed to terminate the pending motions at docket entries 35 and 42.

      SO ORDERED.

Dated:  November 3, 2022
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge