UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *et al.*,<br><br>                          Plaintiffs,<br><br>-v.-<br><br>PEREGRINE ENTERPRISES, INC. *d/b/a* RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. *f/k/a* RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, ED ANAKAR, DOE MANAGERS 1-3, and DOES 4-10,<br><br>                          Defendants. | 22 Civ. 1455 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Defendants' deadline to file an answer in this case and the parties' deadline to submit a joint letter to the Court on December 2, 2022, are stayed until the Court resolves Defendants' motion to stay this case pending the interlocutory appeal. (Dkt. #57).

SO ORDERED.

Dated:   November 18, 2022
         New York, New York

                                                  _____
                                                  KATHERINE POLK FAILLA
                                                  United States District Judge