Re: Rick's Cabaret Federal Lawsuit

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of my performing at Rick's Cabaret in connection with the above-referenced lawsuit.

2. I work/worked as an exotic dancer for Rick's Cabaret in New York, New York, from on or about _____,_____ (month, year) to on or about _____,_____ (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or resolutions of this action under the federal wage law.

4. I hereby designate John P. Kristensen, Frank M. Mihalic, Jr., and Peter Cho of Carpenter & Zuckerman at 8827 W. Olympic Boulevard in Beverly Hills, California 90211 to represent me for all purposes in this action.

5. I also designate the named Plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning all aspects of the litigation.

Signature: _____
Date: _____
Name: _____
Address: _____
_____
Telephone: _____
E-Mail: _____

Send your consent form to the following firm, via e-mail, fax, U.S. Mail, screenshot then e-mail or screenshot and text**:

John P. Kristensen
Frank M. Mihalic, Jr.
Peter Cho
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
*kristensen@cz.law*
*fmihalic@cz.law*
*pcho@cz.law*