# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *et al.* | Case No.: 1:22-cv-01455-KPF |
| Plaintiffs, | <u>COLLECTIVE ACTION</u> |
| v. | |
| PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, a New York corporation; RCI ENTERTAINMENT (NEW YORK) INC., a New York corporation; RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETINTERNATIONAL, INC., a Texas corporation; RCI MANAGEMENT SERVICES, a Texas corporation; ERIC LANGAN, an individual; ED ANAKAR, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, | **PLAINTIFF NASTASSIA BRADBURY'S NOTICE OF LODGING JUDGMENT AFTER ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| Defendants. | |

**COMES NOW** plaintiff Nastassia Bradbury ("Plaintiff" and "Ms. Bradbury") by and through the undersigned counsel, and submits this Notice of Lodging Re: Proposed Judgment pursuant to the Notice of Acceptance, Dkt. 92, filed on April 7, 2023.

Respectfully Submitted,

Dated: April 7, 2023                **CARPENTER & ZUCKERMAN**

*/s/ John P. Kristensen*
John P. Kristensen (*Pro Hac Vice*)
Frank M. Mihalic, Jr. (*Pro Hac Vice*)
Justice D. Turner (*Pro Hac Vice*)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on Friday, April 07, 2023 a true and correct copy of the attached **PLAINTIFF NASTASSIA BRADBURY'S NOTICE OF LODGING AND PROPOSED JUDGMENT REGARDING DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Jeffrey A. Kimmel
M. Adil Yaqoob
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Email: *jeffrey.kimmel@akerman.com*
Email: *adil.yaqoob@akerman.com*

*Counsel for Defendants*

*/s/ Frank M. Mihalic, Jr.*
Frank M. Mihalic, Jr.