# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *et al.* | Case No.: 1:22-cv-01455-KPF |
| Plaintiffs, | **COLLECTIVE ACTION** |
| v. | |
| PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, a New York corporation; RCI ENTERTAINMENT (NEW YORK) INC., a New York corporation; RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETINTERNATIONAL, INC., a Texas corporation; RCI MANAGEMENT SERVICES, a Texas corporation; ERIC LANGAN, an individual; ED ANAKAR, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, | **[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF RAINA BIGHAM** |
| Defendants. | |

### [PROPOSED] JUDGMENT IN FAVOR OF RAINA BIGHAM PURSUANT TO OFFER OF JUDGMENT

On April 3, 2023, defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, served plaintiff RAINA BIGHAM with an Offer of Judgment

Pursuant to Federal Rule of Civil Procedure 68 in the amount of $3,611.16, inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Bigham's action.

In accordance with the Offer of Judgment and Notice of Acceptance, Dkt. 96, plaintiff RAINA BIGHAM shall have and recover against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, the total sum of **THREE THOUSAND SIX HUNDRED ELEVEN DOLLARS AND SIXTEEN CENTS ($3,611.19)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Bigham's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for RAINA BIGHAM and against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETI NTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, jointly and severally for the total sum of **THREE THOUSAND SIX HUNDRED ELEVEN DOLLARS AND SIXTEEN CENTS ($3,611.19)** inclusive of reasonable attorneys' fees and

-3-

costs, in connection with the prosecution of Ms. Bigham's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against Defendants.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                     Honorable Katherine Polk Failla
                                                     United States District Judge