# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *et al.* | Case No.: 1:22-cv-01455-KPF |
| Plaintiffs, | <u>COLLECTIVE ACTION</u> |
| v. | |
| PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, a New York corporation; RCI ENTERTAINMENT (NEW YORK) INC., a New York corporation; RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., a Texas corporation; RCI MANAGEMENT SERVICES, a Texas corporation; ERIC LANGAN, an individual; ED ANAKAR, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, | [PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF NASTASSIA BRADBURY |
| Defendants. | |

### [PROPOSED] JUDGMENT IN FAVOR OF NASTASSIA BRADBURY PURSUANT TO OFFER OF JUDGMENT

On April 3, 2023, defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, served plaintiff NASTASSIA BRADBURY with an Offer of

Judgment Pursuant to Federal Rule of Civil Procedure 68 in the amount of $67,033.05, inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Bradbury's action.

In accordance with the Offer of Judgment and Notice of Acceptance, Dkt. 98, plaintiff NASTASSIA BRADBURY shall have and recover against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, the total sum of **SIXTY-SEVEN THOUSAND THIRTY-THREE DOLLARS AND FIVE CENTS ($67,033.05)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Bradbury's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for NASTASSIA BRADBURY and against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETI NTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, jointly and severally for the total sum of **SIXTY-SEVEN THOUSAND THIRTY-THREE DOLLARS AND FIVE CENTS ($67,033.05)** inclusive of reasonable attorneys' fees and costs, in

connection with the prosecution of Ms. Bradbury's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against Defendants.

**IT IS SO ORDERED.**

Dated: _____        _____
                                             Honorable Katherine Polk Failla
                                             United States District Judge