## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *et al.* | **Case No.:** 1:22-cv-01455-KPF |
| Plaintiffs, | **COLLECTIVE ACTION** |
| v. | |
| PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, a New York corporation; RCI ENTERTAINMENT (NEW YORK) INC., a New York corporation; RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETI NTERNATIONAL, INC., a Texas corporation; RCI MANAGEMENT SERVICES, a Texas corporation; ERIC LANGAN, an individual; ED ANAKAR, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, | **PLAINTIFF KAYLA URENA'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| Defendants. | |

      **COMES NOW** plaintiff Kayla Urena ("Plaintiff" and "Ms. Urena") by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of defendants Peregrine Enterprises, Inc. dba Rick's Cabaret New York, RCI Entertainment (New York), Inc., RCI Hospitality Holdings, Inc. fka Rick's Cabaret International, Inc., RCI Management Services, Eric Langan, and Ed Anakar's (collectively, "Defendants") Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 as follows:

PLAINTIFF  KAYLA URENA'S NOTICE OF ACCEPTANCE
OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 68

PAGE 1 OF 3

1.      Plaintiff Kayla Urena commenced this collective action on February 22, 2022. *See* Dkt. 1.

2.      On April 3, 2023, Defendants served plaintiff Kayla Urena with an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 in the amount of $26,412.82 to Plaintiff as full compensation for all fees and costs incurred in this action. A true and correct copy of Plaintiff Kayla Urena's Offer of Judgment is attached hereto as **Exhibit 1**.

3.      This acceptance of offer of judgment extinguishes only Ms. Urena's claims in this action. However, twenty-one other opt-in plaintiffs (Angela Brown, Giselle Luza, Lauren Farano, Marley Blangiardo, Rebecca Branson, Zuleyka Bula, Maria Cardenas, Coral Ann Hall, Raina Bigham, Elena Malysheva, Teresa Leja, Lisa Sdrigotti, Leslie Tejeda, Kayle Rodriguez, Yana Toyber, Kianna Francis, Maryanny Manan, Janice Valdez, Tracie Middleton, Gabriela Chan, and Ashley Venecia) continue to prosecute their claims before this Court.

///

///

///

///

///

///

///

///

///

///

///

written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Respectfully Submitted,

Dated: 4/13/2023                    **CARPENTER & ZUCKERMAN**

John P. Kristensen (*Pro Hac Vice*)
Frank M. Mihalic, Jr. (*Pro Hac Vice*)
Justice D. Turner (*Pro Hac Vice*)

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I certify that on Thursday, April 13, 2023 a true and correct copy of the attached

**PLAINTIFF KAYLA URENA'S NOTICE OF ACCEPTANCE OF DEFENDANTS'**

**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of

Civil Procedure:


Jeffrey A. Kimmel
M. Adil Yaqoob
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Email: *jeffrey.kimmel@akerman.com*
Email: *adil.yaqoob@akerman.com*

***Counsel for Defendants***


                                                      */s/ John P. Kristensen*
                                                      John P. Kristensen