# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, a New York corporation; RCI ENTERTAINMENT (NEW YORK) INC., a New York corporation; RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., a Texas corporation; RCI MANAGEMENT SERVICES, a Texas corporation; ERIC LANGAN, an individual; ED ANAKAR, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 1:22-cv-01455-KPF<br><br>**COLLECTIVE ACTION**<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF ELENA MALYSHEVA** |

**[PROPOSED] JUDGMENT IN FAVOR OF ELENA MALYSHEVA PURSUANT TO OFFER OF JUDGMENT**

On April 3, 2023, defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, served plaintiff ELENA MALYSHEVA with an Offer of

Judgment Pursuant to Federal Rule of Civil Procedure 68 in the amount of $7,540.40 inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Malysheva's action.

In accordance with the Offer of Judgment and Notice of Acceptance, Dkt. 119, plaintiff ELENA MALYSHEVA shall have and recover against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, the total sum of **SEVEN THOUSAND FIVE HUNDRED FORTY DOLLARS AND FORTY CENTS ($7,540.40)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Malysheva's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for ELENA MALYSHEVA and against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETI NTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, jointly and severally for the total sum of **SEVEN THOUSAND FIVE HUNDRED FORTY DOLLARS AND FORTY CENTS ($7,540.40)** inclusive of reasonable attorneys' fees and

-3-

costs, in connection with the prosecution of Ms. Malysheva's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against Defendants.

**IT IS SO ORDERED.**

Dated: _____       _____
                                                                Honorable Katherine Polk Failla
                                                                United States District Judge