## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ANGELA BROWN, *et al*.

     Plaintiffs,

v.

PEREGRINE ENTERPRISES, INC.
dba RICK'S CABARET NEW
YORK, a New York corporation; RCI
ENTERTAINMENT (NEW YORK)
INC., a New York corporation; RCI
HOSPITALITY HOLDINGS, INC.
fka RICK'S CABARETI
NTERNATIONAL, INC., a Texas
corporation; RCI MANAGEMENT
SERVICES, a Texas corporation;
ERIC LANGAN, an individual; ED
ANAKAR, an individual; DOE
MANAGERS 1-3; and DOES 4-10,
inclusive,

Defendants.

**Case No.:** 1:22-cv-01455-KPF

**<u>COLLECTIVE ACTION</u>**

**JUDGMENT IN FAVOR OF
PLAINTIFF KAYLA URENA**

### JUDGMENT IN FAVOR OF KAYLA URENA PURSUANT TO OFFER OF JUDGMENT

On April 3, 2023, defendants PEREGRINE ENTERPRISES, INC. dba

RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK)

INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET

INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN,

and ED ANAKAR, served plaintiff KAYLA URENA with an Offer of Judgment

Pursuant to Federal Rule of Civil Procedure 68 in the amount of $26,412.82, inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Urena's action.

In accordance with the Offer of Judgment and Notice of Acceptance, Dkt. 108, plaintiff KAYLA URENA shall have and recover against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, the total sum of **TWENTY-SIX THOUSAND FOUR HOUNDRED TWELVE DOLLARS AND EIGHTY-TWO CENTS ($26,412.82)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Urena's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for KAYLA URENA and against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETI NTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, jointly and severally for the total sum of **TWENTY-SIX THOUSAND FOUR HOUNDRED TWELVE DOLLARS AND EIGHTY-TWO CENTS ($26,412.82)** inclusive of reasonable

attorneys' fees and costs, in connection with the prosecution of Ms. Urena's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against Defendants.

**IT IS SO ORDERED.**

Dated:  April 17, 2023

_____
Honorable Katherine Polk Failla
United States District Judge