# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *et al.* | Case No.: 1:22-cv-01455-KPF |
| Plaintiffs, | <u>COLLECTIVE ACTION</u> |
| v. | |
| PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, a New York corporation; RCI ENTERTAINMENT (NEW YORK) INC., a New York corporation; RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETI NTERNATIONAL, INC., a Texas corporation; RCI MANAGEMENT SERVICES, a Texas corporation; ERIC LANGAN, an individual; ED ANAKAR, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, | **PLAINTIFF ANGELA BROWN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| Defendants. | |

**COMES NOW** plaintiff ANGELA BROWN ("Plaintiff" and "Ms. Brown") by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of defendants Peregrine Enterprises, Inc. dba Rick's Cabaret New York, RCI Entertainment (New York), Inc., RCI Hospitality Holdings, Inc. fka Rick's Cabaret International, Inc., RCI Management Services, Eric Langan, and Ed Anakar's (collectively, "Defendants") Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 as follows:

1. Plaintiff Angela Brown commenced this collective action on February 22, 2022. *See* Dkt. 1.

2. On January 11, 2024, Defendants served plaintiff Angela Brown with an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 in the amount of $27,061.33 to Plaintiff as full compensation for all fees and costs incurred in this action. A true and correct copy of Defendants' Offer of Judgment to Angela Brown is attached hereto as **Exhibit 1**.

3. This acceptance of offer of judgment extinguishes only Ms. Brown's claims in this action. However, other opt-in plaintiffs continue to prosecute their claims before this Court.

4. Pursuant to Federal Rule of Civil Procedure 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Respectfully Submitted,

Dated: January 24, 2024

**CARPENTER & ZUCKERMAN**

_____
John P. Kristensen (*Pro Hac Vice*)
*Attorneys for Plaintiff*

PLAINTIFF ANGELA BROWN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

PAGE 2 OF 2

## CERTIFICATE OF SERVICE

I certify that on Wednesday, January 24, 2024 a true and correct copy of the attached **PLAINTIFF ANGELA BROWN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Jeffrey A. Kimmel
M. Adil Yaqoob
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Email: *jeffrey.kimmel@akerman.com*
Email: *adil.yaqoob@akerman.com*

**Counsel for Defendants**

                                                   */s/ John P. Kristensen*
                                                    John P. Kristensen