**THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANGELA BROWN, *et al.* | **Case No.:** 1:22-cv-01455-KPF |
| Plaintiffs, | **COLLECTIVE ACTION** |
| v. | **JUDGMENT IN FAVOR OF PLAINTIFF JANICE VALDEZ PURSUANT TO DEFENDANTS' OFFER OF JUDGMENT** |
| PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, a New York corporation; RCI ENTERTAINMENT (NEW YORK) INC., a New York corporation; RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETI NTERNATIONAL, INC., a Texas corporation; RCI MANAGEMENT SERVICES, a Texas corporation; ERIC LANGAN, an individual; ED ANAKAR, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, | |
| Defendants. | |

**JUDGMENT IN FAVOR OF JANICE VALDEZ PURSUANT TO**

**DEFENDANTS' OFFER OF JUDGMENT**

On December 5, 2025, defendants PEREGRINE ENTERPRISES, INC. DBA RICK'S CABARET NEW YORK; RCI ENTERTAINMENT (NEW YORK) INC; RCI HOSPITALITY HOLDINGS INC. FKA RICK'S CABARET INTERNATIONAL, INC.; RCI MANAGEMENT SERVICES; ERIC LANGAN; and ED ANAKAR (collectively, "Defendants") served plaintiff JANICE VALDEZ ("Plaintiff" and "Valdez") with an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 in the amount of $5,000.00, inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Plaintiff's action.

In accordance with the Offer of Judgment and Notice of Acceptance, Dkt. 191, plaintiff JANICE VALDEZ shall have and recover against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, the total sum of **FIVE THOUSAND ($5,000)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Plaintiff's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for JANICE VALDEZ and against defendants PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK, RCI ENTERTAINMENT (NEW YORK) INC., RCI HOSPITALITY HOLDINGS, INC. fka RICK'S CABARETI NTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and ED ANAKAR, jointly and severally for the total sum of **FIVE THOUSAND ($5,000)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Plaintiff's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against Defendants.

**IT IS SO ORDERED.**

Dated:   December 12, 2025

_____
Honorable Katherine Polk Failla
United States District Judge