AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Angela Brown, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-01455 |
| PEREGRINE ENTERPRISeS, Inc d/b/a RICK's CABEREY NEW YORK ET Al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lauren Farano                                                                                          .

Date:   04/09/2026                                    /s/ Sean Short
                                                                                        *Attorney's signature*

                                                        Sean Short, Arkansas State Bar No.: 2015079
                                                                                        *Printed name and bar number*

                                                        10800 Financial Centre Parkway, Suite 510 Little Rock,
                                                        Arkansas 72211
                                                                                        *Address*

                                                        sean@sanfordlawfirm.com
                                                                                        *E-mail address*

                                                        (888) 350-3931
                                                                                        *Telephone number*

                                                        (888) 276-3455
                                                                                        *FAX number*