# akerman

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

April 9, 2026

**MEMO ENDORSED**

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

> **Re:   Angela Brown., et al. v. Peregrine Enterprises, et al.**
> **Case No. 22-cv-01455-KPF_____**

Dear Judge Failla:

This firm represents Peregrine Enterprises, Inc., dba Rick's Cabaret New York; RCI Entertainment (New York) Inc.; RCI Hospitality Holdings Inc., fka Rick's Cabaret International, Inc.; RCI Management Services; Eric Langan; and Ed Anakar (collectively, the "Defendants") in the above-referenced case. We, along with counsel for Plaintiffs, submit this joint letter update pursuant to your Honor's Order.

The parties are in discovery in all three of the remaining arbitrations, with a total of one deposition remaining. Discovery in these arbitrations will end later this month.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

The Court thanks the parties for the above update.  They shall provide their next status update on the remaining arbitrations or before **July 10, 2026.**

Dated:    April 10, 2026
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE