

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

July 10, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



> **Re:    Angela Brown., et al. v. Peregrine Enterprises, et al.**
> **Case No. 22-cv-01455-KPF_____**

Dear Judge Failla:

This firm represents Peregrine Enterprises, Inc., dba Rick's Cabaret New York; RCI Entertainment (New York) Inc.; RCI Hospitality Holdings Inc., fka Rick's Cabaret International, Inc.; RCI Management Services; Eric Langan; and Ed Anakar (collectively, the "Defendants") in the above-referenced case. We, along with counsel for Plaintiffs, submit this joint letter update pursuant to your Honor's Order.

The parties have completed discovery in the three cases and are moving forward with motions for summary judgment.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

akerman.com

The Court thanks the parties for the above update.  They shall provide their next status update on the remaining arbitrations on or before **October 13, 2026,** or within two weeks of any significant updates.

Dated:     July 13, 2026            SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE