akerman

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

October 14, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Re: Angela Brown., et al. v. Peregrine Enterprises, et al.**
**Case No. 22-cv-01455-KPF**

Dear Judge Failla:

This firm represents Peregrine Enterprises, Inc., dba Rick's Cabaret New York; RCI Entertainment (New York) Inc.; RCI Hospitality Holdings Inc., fka Rick's Cabaret International, Inc.; RCI Management Services; Eric Langan; and Ed Anakar (collectively, the "Defendants") in the above-referenced case. We, along with counsel for Plaintiffs, submit this joint letter update pursuant to your Honor's Order.

In the Carrion arbitration, the parties are awaiting a summary judgment decision from the arbitrator. In the Dunn arbitration, the hearing is scheduled is for March 3 through 5 of 2027. Discovery in the Farano arbitration has been completed, and the case is currently dormant and will be moving forward with the parties' motion for summary judgment and/or a hearing, pending payment of arbitration fees by Defendants.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm